*United States District Court*
*District of New Jersey*

## LETTER-ORDER ORIGINAL FILED WITH THE CLERK OF COURT

July 20, 2011

Charles R. Virginia, Esq.
Virginia & Ambinder, LLP
Trinity Centre
111 Broadway, 14th Floor
New York, NY 10006

    Re:    Trustees of the B.A.C., Local 4 Pension & Annuity Funds, et al
           v. Spezialetti Contracting, LLC
         Civil Action: 11-2529 (JLL)

Dear Mr. Virginia:

    You are hereby directed to move this civil action, by requesting that default judgment be entered or submitting an extension to answer out of time, within fourteen (14) days from the date hereof.  **Should you fail to do so, this action shall be listed for dismissal on Wednesday, August 3, 2011** at **9:00 a.m.**

    SO ORDERED

                                       /s/ Jose L. Linares
                                  Jose L. Linares, U.S.D.J.